**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandra Thomas, | No. CV-20-00382-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

In an Order filed on March 28, 2022, this Court reversed the final decision of the Commissioner of Social Security and remanded this case to the Commissioner for further proceedings. (Doc. 29.) Currently pending before the Court is the parties' Stipulation for Award of Attorney Fees Pursuant to the Equal Access to Justice Act. (Doc. 33.) The parties stipulate to an award of $2,898.44 in attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). In accordance with the Stipulation, and as authorized by 28 U.S.C. § 2412(d),

**IT IS ORDERED** that the Stipulation (Doc. 33) is **approved**. Defendant shall pay Plaintiff $2,898.44 in EAJA fees under 28 U.S.C. § 2412(d). No costs or expenses are awarded.

. . . .

. . . .

. . . .

. . . .

**IT IS FURTHER ORDERED** that if Defendant determines after effectuation of this EAJA fee Order that Plaintiff does not owe a debt that is subject to offset under the United States Department of the Treasury's Offset Program, then payment shall be made via check made payable to Plaintiff's attorneys at Hallinan & Killpack Law Firm.  If Plaintiff has a debt that is subject to offset under the Treasury Offset Program, then the remaining EAJA fees after offset of the debt shall be paid via check made payable to Plaintiff but delivered to Plaintiff's attorney's office.

Dated this 30th day of June, 2022.

_____
Honorable Rosemary Márquez
United States District Judge